# EXHIBIT 1

US00D982233S

| (12) | United States Design Patent | (10) Patent No.: | US D982,233 S |
|---|---|---|---|
| | Marson | (45) Date of Patent: | ** Mar. 28, 2023 |

(54) **GUIDE FOR HAIR CLIPPERS**

(71) Applicant: **Pickuls Gizmo Ltd.**, Loughborough (GB)

(72) Inventor: **Joseph James Marson**, Loughborough (GB)

(**) Term: **15 Years**

(21) Appl. No.: **35/513,233**

(22) Filed: **Oct. 29, 2021**

(80) **Hague Agreement Data**
  Int. Filing Date: **Oct. 29, 2021**
  Int. Reg. No.: **DM/217857**
  Int. Reg. Date: **Oct. 29, 2021**
  Int. Reg. Pub. Date: **Dec. 24, 2021**

(51) **LOC (14) Cl.** ............................................. 28-03

(52) **U.S. Cl.**
  USPC ........................................................ **D28/29**

(58) **Field of Classification Search**
  USPC ..................... D28/7, 20–34; D30/158, 159
  CPC ...... A45D 24/00; A45D 24/005; A45D 24/02; A45D 24/04; A45D 24/06; A45D 24/14; A45D 24/22
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D253,850 S | * | 1/1980 | Haselrig | D28/25 |
| D259,666 S | * | 6/1981 | Williams | D28/22 |
| D289,567 S | * | 4/1987 | O'Connor | D28/25 |
| D409,332 S | * | 5/1999 | Dennino | D28/30 |
| D452,982 S | * | 1/2002 | Offer | D28/29 |
| D480,835 S | * | 10/2003 | Hegner | D28/29 |
| D957,737 S | * | 7/2022 | Park | D28/34 |
| D970,117 S | * | 11/2022 | Lambrecht | D28/54 |

* cited by examiner

*Primary Examiner* — Zenia I Bennett

(57) **CLAIM**

The ornamental design for a guide for hair clippers, as shown and described.

**DESCRIPTION**

1. Guide for hair clippers
1.1 is a right side view;
1.2 is a left side view;
1.3 is a perspective view;
1.4 is a front view;
1.5 is a rear view;
1.6 is an alternate perspective view;
1.7 is a bottom view.

**1 Claim, 7 Drawing Sheets**



1.1



1.2



1.3



1.4



1.5



1.6



1.7

